**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ALVIN WASHINGTON, | : | No. 63 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court at No. 261 |
| | : | MD 2019 dated July 3, 2019. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                                    **DECIDED:  April 22, 2020**

**AND NOW,** this 22nd day of April, 2020, the Order of the Commonwealth Court is

**AFFIRMED**.